1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   4328 Redwood Hwy., Suite 300
3  San Rafael, CA 94903
   Telephone:    (415) 674-8600
4  Facsimile:    (415) 674-9900

5  Attorney for Plaintiffs IRMA RAMIREZ;
   and DAREN HEATHERLY
6

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND - DIVISION**

| | |
|---|---|
| IRMA RAMIREZ; and DAREN HEATHERLY, | CASE NO. CV-13-4039-KAW |
| Plaintiffs, | STIPULATION RE CONTINUING DEADLINE FOR THE PARTIES TO CONDUCT THE JOINT SITE INSPECTION; and [PROPOSED] ORDER THEREON |
| v. | |
| EARTHSONG; WILLIAM K. KENNEDY and ALYCIA F. KENNEDY, Trustees of the KENNEDY FAMILY 2004 REVOCABLE TRUST, dated 4/29/2004; and BRUCE BECKER, an individual dba EARTHSONG, | |
| Defendants. | |

Plaintiffs IRMA RAMIREZ and DAREN HEATHERLY, and Defendants WILLIAM K. KENNEDY and ALYCIA F. KENNEDY, Trustees of the KENNEDY FAMILY 2004 REVOCABLE TRUST, dated 4/29/2004; and BRUCE BECKER, an individual dba EARTHSONG, by and through their respective counsel, respectfully request and stipulate, as follows:

1.      **Whereas**, all defendants have been served with the summons and complaint and have answered plaintiffs' complaint;

///

**STIPULATION RE CONTINUING DEADLINE FOR THE PARTIES TO CONDUCT THE JOINT SITE INSPECTION; and [PROPOSED] ORDER THEREON**          **CASE NO. CV-13-4039-KAW**

1

2. **Whereas**, pursuant to General Order 56, ¶3,4, the parties were to have the Joint Site Inspection at the Earthsong retail store, located at/near 1701 Haight Street, San Francisco, California 94117 completed by no later than December 12, 2013.  However, due to scheduling conflicts and the holidays, the parties were unable to conduct the General Order 56 Joint Site Inspection;

3. **In light of the above**, the parties have agreed to conduct the joint site inspection on February 13, 2014.

**IT IS SO STIPULATED:**

That, plaintiffs IRMA RAMIREZ and DAREN HEATHERLY, and defendants WILLIAM K. KENNEDY and ALYCIA F. KENNEDY, Trustees of the KENNEDY FAMILY 2004 REVOCABLE TRUST, dated 4/29/2004; and BRUCE BECKER, an individual dba EARTHSONG agree, stipulate and respectfully request that the last day for the parties and counsel to conduct the General Order 56 Joint Site Inspection of the premises be continued up to and including February 18, 2014.

This stipulation may be executed in counterparts, and all executed counterparts shall constitute an agreement which shall be binding upon all parties hereto, notwithstanding that the signatures of all of the parties' designated representatives do not appear on the same page. Photocopies and facsimile shall have the same force and effect as originals.

Respectfully submitted,

Dated: January 23, 2014            THOMAS E. FRANKOVICH, Esq.

*A PROFESSIONAL LAW CORPORATION*

By: ___ /s/Thomas E. Frankovich_____
    Thomas E. Frankovich, Esq.
    Attorney for Plaintiff IRMA RAMIREZ; and
    Plaintiff DAREN HEATHERLY

///

**STIPULATION RE CONTINUING DEADLINE FOR THE PARTIES TO CONDUCT THE JOINT SITE INSPECTION; and [PROPOSED] ORDER THEREON**                                      **CASE NO. CV-13-4039-KAW**

Dated: January 23, 2014        Jason G. Gong, Esq.,

LAW OFFICES OF JASON G. GONG

By:_____/s/Jason G. Gong_____
        Jason G. Gong, Esq.

Attorney for Defendants WILLIAM K. KENNEDY and ALYCIA F. KENNEDY, Trustees of the KENNEDY FAMILY 2004 REVOCABLE TRUST, dated 4/29/2004

Dated: January 23, 2014        LITTLER MENDELSON, P.C.,

By:_____/s/Joanna L. Brooks_____
        Joanna L. Brooks

Attorney for Defendant BRUCE BECKER, an individual dba EARTHSONG

### ~~PROPOSED~~ ORDER

**IT IS SO ORDERED**, that the last day for the parties and counsel to conduct the joint site inspection of the premises be continued up to and including   February 18   , 2014.

Dated:  January 24 , 2014        _____Kandis Westmore_____
        Honorable Kandis A. Westmore

United States Magistrate Judge of California

**STIPULATION RE CONTINUING DEADLINE FOR THE PARTIES TO CONDUCT THE JOINT SITE INSPECTION; and [PROPOSED] ORDER THEREON**                                     **CASE NO. CV-13-4039-KAW**