UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IRMA RAMIREZ, et al.,

    Plaintiffs,

  v.

EARTHSONG, et al.,

    Defendants.

Case No. 13-cv-04039-KAW

**ORDER REGARDING STATUS REPORTS AND NEED FOR MEDIATION**

On February 5, 2016, the Court ordered the parties to file a joint status report that addresses the status of Defendant Bruce Becker's (dba Earthsong) Chapter 13 bankruptcy petition. On February 19, 2016, Defendants filed a status report, in which they reported that the proceedings were ongoing and expected to conclude in April 2019. (Dkt. No. 22 at 2.) On February 22, 2016, Plaintiffs filed a status report, in which they stated a willingness to dismiss Mr. Becker and Earthsong, and prosecute the case against the landlord defendants. (Dkt. No. 23 at 2.)

Accordingly, if Plaintiffs wish to lift the stay on the litigation and pursue mediation, they shall dismiss Mr. Becker and Earthsong, file a motion or stipulation to lift the stay, and file the "Notice of Need of Mediation" form, as required by General Order No. 56, which is available on the Court's ADR website.

IT IS SO ORDERED.

Dated: March 15, 2016

_____
KANDIS A. WESTMORE
United States Magistrate Judge