```
THOMAS E. FRANKOVICH (State Bar #074414)
AMANDA LOCKHART (State Bar #289900)
THOMAS E. FRANKOVICH,
A PROFESSIONAL LAW CORPORATION
702 Mangrove Avenue, #304
Chico, CA 95926
Telephone: (415) 389-8600
Email: tfrankovich@disabilitieslaw.com

Attorney for Plaintiffs
Irma Ramirez and Daren Heatherly
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ, *et al.* | CASE NO. 4:13-cv-04039-KAW |
| Plaintiff, | STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER THEREON |
| v. | |
| EARTHSONG, *et al.* | |
| Defendants. | |

The Parties, by and through their respective counsel, stipulate to the dismissal of this action in its entirety with prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

IT IS HEREBY STIPULATED by and between the parties to this action through their respective counsel that the above-captioned action may be dismissed with prejudice and that each side will bear its own costs and attorneys' fees.

The parties further consent to and request that the Court retain jurisdiction to enforce the parties' executed Settlement and Release Agreement in the event enforcement of the Agreement should become necessary. *See* <u>Kokkonen v. Guardian Life Ins. Co. of Am.</u>, 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

**IT IS SO STIPULATED.**

Dated: October 25, 2017          THOMAS E. FRANKOVICH, APLC
                                 *A PROFESSIONAL LAW CORPORATION*

                                 By:   /s/ Thomas E. Frankovich
                                 Thomas E. Frankovich
                                 Attorney for Plaintiff

Dated: October 25, 2017          LAW OFFICE OF JASON G. GONG
                                 *A Professional Corporation*

                                 By:   /s/ Jason G. Gong
                                 Jason G. Gong
                                 Attorney for Defendants William Kennedy and
                                 Alycia F. Kennedy

## [Proposed] ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2) and that each side shall bear its own costs and attorneys' fees. IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' executed Settlement and Release Agreement should such enforcement become necessary.

Dated: 10/27, 2017

*Kandis Westmore*
Honorable Kandis A. Westmore
United States Magistrate Judge